IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARTIN GALLEGOS,

        Plaintiff,

v.                                                      CV 09-0049 JCH/GBW

MIKE HEREDIA, Warden,
ATTORNEY GENERAL OF
THE STATE OF NEW MEXICO,

        Defendants.

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed his Amended Proposed Findings and Recommended Disposition on January 13, 2010. *Doc. 15.* The proposed findings notify Plaintiff of his ability to file objections and that failure to do so within the required time frame waives appellate review. *See id.* at 19. To date, Plaintiff has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

IT IS HEREBY ORDERED that the Magistrate Judge's Amended Proposed Findings and Recommended Disposition (*Doc. 15*) is ADOPTED and Plaintiff's claims are DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE